# UNITED STATES DISTRICT COURT
for the

District of

WAKEEL Abdul-SabuR
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

WELLs FARGO BANK, N.A.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 7:19cv674
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 07 2019

JULIA C. DUDLEY, CLERK
BY: A. Beggs
DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | WAKEEL Abdul-SabuR #1003659 |
   | Street Address | P.O. Box 1900 |
   | City and County | Pound (Wise County) |
   | State and Zip Code | Virginia, 24279-1900 |
   | Telephone Number | (276) 796-7510 |
   | E-mail Address | Jpay.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name     WELLS FARGO BANK, N.A.

    Job or Title *(if known)*     CORPORATION

    Street Address     1 MONTGOMERY STREET, 2ND FL

    City and County     SAN FRANCISCO

    State and Zip Code     CALIFORNIA, 94104-4505

    Telephone Number     (866)878-5865 OR (800)869-3557 OR (866)437-8549

    E-mail Address *(if known)*     http://www.wellsfargo.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[☑] Federal question          [☑] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. MAIL FRAUD, IDENTITY THEFT, UNAUTHORIZED ACCOUNT, UNSOUND PRACTICES IN VIOLATION OF THE UNFAIR PRACTICES PRONG OF SECTION (5) OF THE FTC ACT. DUE PROCESS AND EQUAL PROTECTION OF LAW UNDER THE FOURTEENTH AMENDMENT.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* WAKEEL Abdul-SAbuR, is a citizen of the State of *(name)* VIRGINIA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* __WELLS FARGO BANK, N.A.__ , is incorporated under the laws of the State of *(name)* __CALIFORNIA__ , and has its principal place of business in the State of *(name)* __South DAKOTA__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

EAch CLAIM ThE PLAINTIFF $250,000 IN DAMAGES, REQUESTED, COLLECTIVELY ThE DEFENDANT OWES OVER ONE-MILLION DOLLARS MINIMUM TO ThE PLAINTIFF.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I ATTEMPTED TO OPEN AN ACCOUNT WITh WAChOVIA BANK by MAILING A $50.00 MONEY ORDER WITh ThE APPLICATION. SubsEQUENTLY CUSTOMER SERVICE ADVISED ME ThAT I SUbMITTED AN EXPIRED APPLICATION, CUSTOMER CORRESPONDENCE RETURNED MY MONEY. SUbSEQUENTLY A FEW WEEKS LATER I RECEIVE AN ACCOUNT STATEMENT IN MY NAME WITh OVER A QUARTER OF MILLION DOllARS IN ThE ACCOUNT. SEE ATTAChED PAGES (1-3)

### IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. ThE UNAUThORIZED ACCOUNT WAS OPENED BETWEEN 2011-2012, ThE PERSONAL INFORMATION I PROVIDED ON ThE EXPIRED WAChOVIA BANK APPLICATION WAS STOLEN By CORPORATE EMPLOYEES. SEE ATTAChED PAGE (4)

## STATEMENT OF CLAIM (CONTINUES)

I NEVER had AN ACTIVE ACCOUNT WITH WACHOVIA BANK, THE PERSONAL INFORMATION I PROVIDED ON THE EXPIRED WACHOVIA APPLICATION WAS USED BY WELLS FARGO TO;

(i) OPEN DEPOSIT ACCOUNTS, AND TRANSFERRING FUNDS WITHOUT AUTHORIZATION.

(ii) WELLS FARGO COMMITTED MAIL FRAUD BY MAILING THE PLAINTIFF A FRAUDULENT ACCOUNT STATEMENT BY THE UNITED STATES POSTAL SERVICE INDICATING THAT PLAINTIFF HAD $250,000 OR MORE IN AN ACCOUNT WITH THE BANK IN HIS NAME BETWEEN YEAR 2011-2012.

(iii) THE FRAUD, AND UNSOUND PRACTICES IN VIOLATION OF THE UNFAIR PRACTICES PRONG OF SECTION (5) OF THE FTC ACT, "FEDERAL TRADE COMMISSION" ACT CONTINUED FOR YEARS UP TO PRESENT.

(iv) DURING THIS PERIOD, WELLS FARGO OPENED UNAUTHORIZED ACCOUNTS IN PLAINTIFF'S NAME TO MEET AGGRESSIVE SALES GOALS. EMPLOYEES WERE PAID MONETARY INCENTIVES FROM THE FRAUD, AND UNFAIR PRACTICES AGAINST PLAINTIFF.

(1)

## STATEMENT OF CLAIM (CONTD)

(V) WELLS FARGO KNEW ABOUT THE FRAUD, AND UNFAIR PRACTICES TOWARDS THE PLAINTIFF, BUT FAILED TO CORRECT THE DEFICIENCIES AND VIOLATIONS IN A TIMELY MANNER.

(VI) CUSTOMERS, AND EMPLOYEES MADE THE PROBLEMS KNOWN BUT WELLS FARGO CONTINUED ITS CONDUCT UNTIL THE FEDERAL GOVERNMENT HAD ENOUGH DUE TO SYSTEMIC PROBLEMS REGARDING THE QUALITY OF SERVICE FROM WELLS FARGO WHICH INVOLVED FRAUD, AND OTHER CRIMINAL ACTS.

(VII) EMPLOYEES OF WELLS FARGO WERE WRONGFULLY FIRED FOR TRYING TO RAISE AN ALARM ABOUT THE PROBLEMS THAT FREQUENTLY AFFECTED FRAUD VICTIMS, WHO OFTEN HAD LITTLE OR NO MONEY TO BEGIN WITH. WELL FARGO TARGETED ME, USED MY PERSONAL INFORMATION I PROVIDED ON AN EXPIRED WACHOVIA ACCOUNT APPLICATION TO CREATE A FRAUDULENT ACCOUNT.

(VIII) SUBSEQUENTLY MAILED A FRAUDULENT ACCOUNT STATEMENT TO ME AT WALLENS RIDGE STATE PRISON IN BIG STONE GAP VIRGINIA.

(2)

## STATEMENT OF CLAIM (CONTD)

(IX) Several attempts were made to resolve these issues over the years. The most recent complaints filed with the Office of the Comptroller of the Currency, "O.C.C.", Customer Assistance group -: Case #'s 0321784, 03220087.

(X) Wells Fargo Customer Correspondence Department, Case #'s 151603322, 152667971, and 152289709.

(XI) The plaintiff was not satisfied with the Customer Correspondence Department's responses, and I will move forward with this civil action. The initial letter dated August 28, 2019 promised transparency, and open about what they find, A make things right, and most important to hold those leaders who are responsible accountable for their actions. See case #'s 151603322.

(XII) Wells Fargo continues to be withholding, and untruthful with it's victims regarding this massive fraud, and my personal information remains in their possession.

(3)

## RELIEF REQUESTED

WELLS FARGO COMMITTED CRIMINAL ACTS AGAINST THE PLAINTIFF.

 (i) AGGRAVATED IDENTITY THEFT
 (ii) MAIL FRAUD
 (iii) FRAUDULENT DEPOSITED $250,000 OR MORE AND CREATED A FRAUDULENT ACCOUNT IN THE PLAINTIFF NAME. (UNAUTHORIZED)
 (iv) DUE PROCESS AND EQUAL PROTECTION OF LAW

WELLS FARGO EMPLOYEES BENEFITTED FROM THE FRAUD WITH MONETARY INCENTIVES BY MEETING AGGRESSIVE SALES GOALS.

WELLS FARGO HAD KNOWLEDGE OF THE UNETHICAL, AND CRIMINAL BEHAVIOR AND FAILED TO CORRECT THESE DEFICIENCIES, AND VIOLATIONS IN A TIMELY MANNER. ALSO RESULTED IN VIOLATION OF THE UNFAIR PRACTICES PRONG OF SECTION (5) OF THE FTC ACT.

PLAINTIFF REQUEST: PUNITIVE AND EXEMPLARY DAMAGES IN THE AMOUNT OF $250,000 EACH CLAIM. BECAUSE OF CRIMES WERE COMMITTED THE MAXIMUM RESTITUTION PENALTY TOWARDS A VICTIM OF FRAUD IS $250,000.

(4)

## RELIEF REQUESTED (CONT'D)

TREBLE DAMAGES FOR EACH CLAIM IF THE HONORABLE COURT DEEMS APPROPRIATE FOR EACH CLAIM.

COMPENSATORY DAMAGES FOR EACH CLAIM IN THE AMOUNT OF: $10,000 OR SPECIAL DAMAGES, $10,000 $400.00 FILING FEE

WELLS FARGO EMPLOYEES WERE GIVEN MONETARY PAYMENTS TO MEET AGRESSIVE SALES GOALS. THEY REACHED THOSE GOALS BY COMMITTING FRAUD AND FTC VIOLATIONS.

THE PLAINTIFF'S PERSONAL INFORMATION WAS USED FOR FINANCIAL GAIN.

THE PLAINTIFF ASK FOR THIS.

## CERTIFICATE

UNDER PENALTY OF PERJURY OF PERJURY THE PLAINTIFF CERTIFIES THAT ALL INFORMATION PROVIDED IN THIS CIVIL COMPLAINT IS TRUE AND CORRECT.

/s/ *Wakeel Abdul-S* 9/22/19
WAKEEL ABDUL-SABUR #1003659
RED ONION STATE PRISON
PROTECTIVE CUSTODY UNIT
P.O. BOX 1900
POUND, VIRGINIA, 24279-1900

(5)

Wakeel Abdul-Sabur #1003659
Red Onion State Prison
P.O. Box 1900
Pound, VA. 24279-1900

RECEIVED
OCT 01 2019
MAILROOM

VA. DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM. THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

Clerk's Office
U.S. District Court
210 Franklin Rd, Suite 540
Roanoke, VA. 24011-2208

