# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | | |
|---|---|---|---|
| **WAKEEL ABDUL-SABUR,** | ) | | |
| | ) | | |
| | ) | Case No. 7:19-cv-674 | |
| Plaintiff, | ) | | |
| v. | ) | | |
| | ) | | |
| **WELLS FARGO BANK, N.A.,** | ) | | |
| | ) | By: | Michael F. Urbanski |
| Defendant | ) | | Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the Report and Recommendations (ECF No. 13) are **ADOPTED in their entirety**; plaintiff Wakeel Abdul-Sabur's objections to the Report and Recommendations (ECF No. 14) are **OVERRULED**; all other pending motions are **DENIED as moot**; and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: April 2, 2020

Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge